# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:

**Daniel Combs and**

**Tina Combs**

                Debtor(s)

) CHAPTER 7
)
) CASE NO. 05-02278-JDP
)
) **TURNOVER OF FUNDS**
) **TO CLERK**
)

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR CLAIM# | CHECK # | DATED | AMOUNT NOT DISBURSED |
|---|---|---|---|
|  |  |  |  |

2, The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| MBNA America Bank N.A.<br>PO Box 15168 MS 1423<br>Wilmington, DE 19850 | #110 | 01/22/07 | $1,049.70 | #4 |

Dated this Tuesday, January 22, 2008.

                /s/
                Gary L. Rainsdon, Chapter 7 Trustee

53630